**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **EUGENE ROBINSON,** ) | Case No.5:10CV504 |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | <u>O R D E R</u> |
| ) | |
| Commissioner of Social Security, ) | |
| ) | JUDGE CHRISTOPHER A. BOYKO |
| Defendant. ) | |
| ) | |

On March 9, 2010, Plaintiff filed a complaint pursuant to Title 42 U.S.C. Section 405(g) (Dkt.#1). This matter was referred to Magistrate Judge James R. Knepp,II pursuant to Local Rule 72.2. On January 18,2011, the Magistrate Judge recommended that the administrative decision be reversed and remanded for rehearing (Dkt. #14). On February 1, 2011, the Defendant filed a Response to Magistrate Judge's Report and Recommended Decision stating they will not be filing an objection.  Plaintiff has also notified the Court that they will not be objecting.

Therefore, Magistrate Judge Knepp's Report and Recommendation is **ADOPTED** and the administrative decision is reversed and remanded for rehearing.

IT IS SO ORDERED.

Dated:2/1/2011            *S/Christopher A. Boyko*
                                        CHRISTOPHER A. BOYKO
                                        UNITED STATES DISTRICT JUDGE